UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN DENTAL ASSOCIATION,        )
                                    )
         Plaintiff,                 )
                                    )    Case Nos. 05-MS-0243
                                    )              05-MS-0179
         v.                         )              (EGS)
                                    )
SHAWN KHORRAMI,                     )
                                    )
         Defendant.                 )
_____)

### ORDER

      The above-captioned cases appear to involve a suit pending in the United States District Court for the Central District of California, civil action number 02-3853 RSWL, before the Honorable Ronald S.W. Lew.  Plaintiff has filed in this Court a Motion to Compel Compliance with Deposition Subpoena, seeking to compel "non-party" Charles Brown to submit to a deposition; Mr. Brown has filed a Motion to Strike plaintiff's motion.  In addition, this Court has received a copy of plaintiff's Opposition to Non-Party's Motion for Fees and Costs, but such a motion has never been filed with the Court, nor does the opposition appear on the docket.

    Amidst this confusion, one thing is clear: the Court presiding over this case is in a far better position than this Court to assess the merits of this dispute.  Therefore, it is hereby

      **ORDERED** that plaintiff's motion to compel and Mr. Brown's

motion to strike are **DENIED** without prejudice to consideration by the Honorable Ronald S.W. Lew.


**Signed by:**     **EMMET G. SULLIVAN**
                   **United States District Judge**
                   **September 26, 2005**



Notice to:

The Honorable Ronald S.W. Lew
United States District Judge
U.S. District Court for the Central District of California
312 North Spring Street
Los Angeles, CA 90012

Raymond C. Fay, Esquire
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W.
Suite 1200
Washington, D.C. 20036

Melvin N.A. Avanzado, Esquire
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308

Kele Onyejekwe
216-217 Hospital Ground
P.O. Box 120
St. Thomas, Virgin Islands 00804

Kele Onyejekwe, Esquire
13019 Well House Court
Germantown, MD 20874